AETNA CASUALTY & SURETY COMPANY *v.* GROVER.

Appeal from Oakland, Roberts (Farrell E.), J. Submitted Division 2 October 9, 1968, at Lansing. (Docket No. 4,521.)   Decided October 22, 1968.

Complaint by Aetna Casualty and Surety Company, a foreign corporation, subrogee of Joseph L. Vallely, against Rodney David Grover for injuries sustained by horse owned by plaintiff's subrogor. Judgment for plaintiff.   Defendant appeals.   Affirmed.

*John K. Irwin, Jr.,* for plaintiff.

*Herbert W. Gordon,* for defendants.

PER CURIAM.   Plaintiff recovered a judgment in this nonjury negligence action.   On appeal, defendant contends the evidence established plaintiff to be contributorily negligent.   The trial judge found otherwise, and the record fails to establish that such finding was clearly erroneous.   GCR 1963, 517.1.

Affirmed with costs to plaintiff.

QUINN, P. J., and HOLBROOK and VANDER WAL, JJ., concurred.